IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORIX CAPITAL MARKETS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | 3:02-CV-2212-K |
| UBS WARBURG, INC., et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

On May 28, 2003, this Court entered an order granting Plaintiff's motion to dismiss, which instructed that any objection to dismissing this class action must be filed no later than July 7, 2003. Because no objection has been received, this case is hereby **DISMISSED** without prejudice.

**SO ORDERED.**

September 8, 2003.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE